1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMTAX HOLDINGS 260, LLC, an Ohio
limited liability company, AMTAX
HOLDINGS 114, LLC, an Ohio limited
liability company, and ALDEN TORCH
FINANCIAL LLC, a Delaware limited
liability company,

          Plaintiff,

   v.

WASHINGTON STATE HOUSING
FINANCE COMMISSION, a public body
Corporate and politic of the State of
Washington, BILL RUMPF, an individual,
LISA J. BROWN, an individual, DIANE
KLONTZ, an individual, DUANE
DAVIDSON, an individual, JASON
RICHTER, an individual, RICH
NAFZIGER, an individual, ALBERT
TRIPP, an individual, RANDY
ROBINSON, an individual, ALISHIA
TOPPER, an individual, LOWEL
KRUEGER, an individual, KEN A.
LARSEN, an individual, and WENDY L.
LAWRENCE, an individual,,

          Defendant.

No. _____

PLAINTIFF ALDEN TORCH FINANCIAL
LLC'S CORPORATE DISCLOSURE
STATEMENT

Plaintiff Alden Torch Financial LLC ("Alden Torch"), by counsel, furnishes the

following information in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and

Local Civil Rule 7.1:

PLAINTIFFS' CORPORATE
DISCLOSURE STATEMENT –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    Alden Torch is a limited liability company organized under Delaware law.  Alden Torch

2    does not have a parent corporation and no publicly held corporation owns 10 percent or more of

3    its stock.  Alden Torch's sole members are Alan Fair and Bryan Townsend.

DATED:  November 17, 2020

By: /s/ Tiffany Lee
Tiffany Lee WSBA #51979
David J. Burman WSBA #10611
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  tiffanylee@perkinscoie.com
        DBurman@perkinscoie.com


Eric S. Pettit (*pro hac vice* application
forthcoming)
Michael D. Roth (*pro hac vice* application
forthcoming)
Laura Lively Babashoff (*pro hac vice*
application forthcoming)
**King & Spalding LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  213 443 4355
Facsimile:  213 443 4310
Email:  epettit@kslaw.com
        mroth@kslaw.com
        llively@kslaw.com

Attorneys for Plaintiffs

PLAINTIFFS' CORPORATE
DISCLOSURE STATEMENT–2

149812816.1
WORKAMER\30398\825006\37746799.v1-11/17/20