THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMTAX HOLDINGS 260, LLC, an Ohio limited liability company, AMTAX HOLDINGS 114, LLC, an Ohio limited liability company, and ALDEN TORCH FINANCIAL LLC, a Delaware limited liability company, | No. 2:20-cv-01698-BJR |
| | JOINT ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT |
| Plaintiffs, | |
| v. | |
| WASHINGTON STATE HOUSING FINANCE COMMISSION, a public body Corporate and politic of the State of Washington, BILL RUMPF, an individual, LISA J. BROWN, an individual, DIANE KLONTZ, an individual, DUANE DAVIDSON, an individual, JASON RICHTER, an individual, RICH NAFZIGER, an individual, ALBERT TRIPP, an individual, RANDY ROBINSON, an individual, ALISHIA TOPPER, an individual, LOWEL KRUEGER, an individual, KEN A. LARSEN, an individual, and WENDY L. LAWRENCE, an individual, | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation to Extend Defendants'

Deadline to Answer or Respond to Plaintiffs' Complaint until January 19, 2021.  Dkt. No. 18.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Court, having considered the parties' stipulation, the applicable law, and the relevant portions of the record, GRANTS the stipulation and sets January 19, 2021, as Defendants' deadline to answer or respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated this 8th day of December 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge