THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMTAX HOLDINGS 260, LLC, an Ohio limited liability company, AMTAX HOLDINGS 114, LLC, an Ohio limited liability company, and ALDEN TORCH FINANCIAL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE HOUSING FINANCE COMMISSION, a public body Corporate and politic of the State of Washington, BILL RUMPF, an individual, LISA J. BROWN, an individual, DIANE KLONTZ, an individual, DUANE DAVIDSON, an individual, JASON RICHTER, an individual, RICH NAFZIGER, an individual, ALBERT TRIPP, an individual, RANDY ROBINSON, an individual, ALISHIA TOPPER, an individual, LOWEL KRUEGER, an individual, KEN A. LARSEN, an individual, and WENDY L. LAWRENCE, an individual,<br><br>Defendants. | No. 2:20-cv-01698-BJR<br><br>DECLARATION OF TAKI FLEVARIS IN SUPPORT OF MOTION FOR EXTENSION OF TIME |

DECLARATION OF TAKI FLEVARIS - 1
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I, Taki Flevaris, declare as follows:

1. I am a partner at Pacifica Law Group LLP and represent the Washington State Housing Finance Commission (the "Commission") in this matter. I am over 18 and make this declaration based on personal knowledge.

2. On December 14 and 18, 2020, I conferred with counsel for Plaintiffs Alden Torch Financial LLC, Amtax Holdings 260, LLC, and Amtax Holdings 114, LLC (together, "Alden Torch") about a two-month extension of the deadline to answer the Complaint due to the Commission's pending revisions to the investor partner transfer policy that Alden Torch challenges in this lawsuit. I explained that the extension would allow sufficient time either for Alden Torch to consider amending or withdrawing the Complaint in light of the policy changes or for the Commission to move to dismiss the Complaint as planned, and would at least help avoid duplicative motions practice over the validity of Alden Torch's claims. Alden Torch's counsel indicated that his client would oppose the extension motion, but did not identify any prejudice that the extension would cause. Instead, he explained that Alden Torch opposes the motion because it believes it is owed a response to the Complaint now. He also speculated that the forthcoming policy revisions would not resolve Alden Torch's claims in this lawsuit. This exchange with Alden Torch's counsel is also reflected in written correspondence, which is attached as Exhibit E to this declaration.

3. Attached as **Exhibit A** is a true and correct copy of the Commission's September 2019 report titled "Nonprofit Transfer Disputes in the Low Income Housing Tax Credit Program: An Emerging Threat to Affordable Housing." This report is available on the Commission's website at http://www.wshfc.org/admin/Reporton15YearTransferDisputes.pdf.

DECLARATION OF TAKI FLEVARIS - 2
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

4.  Attached as **Exhibit B** is a true and correct copy of Chapter 9 of the Commission's Tax Credit Compliance Procedures Manual, as revised and published in December 2019. The Tax Credit Compliance Procedures Manual was revised again in December 2020 (see Exhibit F, below). The version from December 2019 attached as Exhibit B is no longer published on the Commission's website.

5.  Attached as **Exhibit C** is a true and correct copy of the minutes from the Commission's October 22, 2020 public meeting.

6.  Attached as **Exhibit D** is a true and correct copy of the Commission's *Bond/Tax Credit Proposed Policy Changes*, dated October 20, 2020 and considered at the Commission's October 22, 2020 public meeting.

7.  Attached as **Exhibit E** is a true and correct copy of an email exchange between Alden Torch's counsel and me in December 2020.

8.  Attached as **Exhibit F** is a true and correct copy of the current version of Chapter 1 and Chapter 9 of the Commission's Tax Credit Compliance Procedures Manual, which was updated in December 2020. This current version of the Tax Credit Compliance Procedures Manual is available on the Commission's website at: http://wshfc.org/managers/ManualTaxCreditIndex.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of January, 2021.

*s/ Taki V. Flevaris*
Taki V. Flevaris, WSBA No. 42555

DECLARATION OF TAKI FLEVARIS - 3
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2021, I electronically filed the foregoing document with the Court ECF system, which will send notification of such filing to all counsel of record.

Dated this 4th day of January, 2021.

*s/ Thien Tran*
Thien Tran, Paralegal/Legal Assistant

DECLARATION OF TAKI FLEVARIS - 4
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750