THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMTAX HOLDINGS 260, LLC, an Ohio limited liability company, AMTAX HOLDINGS 114, LLC, an Ohio limited liability company, and ALDEN TORCH FINANCIAL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE HOUSING FINANCE COMMISSION, a public body Corporate and politic of the State of Washington, BILL RUMPF, an individual, LISA J. BROWN, an individual, DIANE KLONTZ, an individual, DUANE DAVIDSON, an individual, JASON RICHTER, an individual, RICH NAFZIGER, an individual, ALBERT TRIPP, an individual, RANDY ROBINSON, an individual, ALISHIA TOPPER, an individual, LOWEL KRUEGER, an individual, KEN A. LARSEN, an individual, and WENDY L. LAWRENCE, an individual,<br><br>Defendants. | No. 2:20-cv-01698-BJR<br><br>UNOPPOSED MOTION TO CLARIFY OR EXTEND DATE TO COMPLETE CONFERENCE REQUIRED UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(f) |

UNOPPOSED MOTION TO CLARIFY OR EXTEND
FRCP 26(f) CONFERENCE DATE
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Defendant the Washington State Housing Finance Commission (the "Commission") hereby moves the Court to clarify or extend the deadline by which the parties are required to confer on the issues set forth in Rule 26(f) of the Federal Rules of Civil Procedure and the Local Civil Rules. It is the Commission's view that the Court's order extending the deadline to answer the Complaint, Dkt. No. 28, also extended the time for the parties' scheduling conference under Rule 26(f), and that holding a scheduling conference now would be impractical and premature for the same reasons the Commission previously stated in support of the extension. *See* LCR 16(a); Standing Order IV; Dkt. No. 26 at 3 (noting extension would allow the parties "time to confer" about appropriate next steps "after the revisions are finalized").

Plaintiffs AMTAX Holdings 260, LLC, AMTAX Holdings 114, LLC, and Alden Torch Financial LLC ("Plaintiffs"), by contrast, have indicated that they understood the Court's order to relate only to the deadline by which the Commission must answer the Complaint, and not to stay the case entirely or otherwise extend any other case deadlines. *See* Dkt. 28. Plaintiffs have further indicated that their understanding is based on both the text of the Court's order and on the Commission's statement that its previous motion sought "only to extend a single opening deadline to a date certain." Dkt. 26 at 3. Plaintiffs accordingly have asked the Commission either to agree to proceed with the Rule 26(f) scheduling conference or to seek relief from the Court.

To resolve this issue, clarify the parties' obligations under the applicable rules, and to proceed efficiently in this litigation, the Commission respectfully requests that the Court enter an order confirming that the parties need not complete the scheduling conference required under Rule 26(f) until at least 21 days after the Commission has answered or otherwise responded to the operative complaint (i.e., by April 9, 2021). While Plaintiffs do not agree that an extension is necessary to proceed efficiently, they do not oppose this request.

UNOPPOSED MOTION TO CLARIFY OR EXTEND
FRCP 26(f) CONFERENCE DATE - 1
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

It is also the Commission's position that if it proceeds to file a motion to dismiss in response to the complaint as planned, then the parties should not be required to complete their Rule 26(f) scheduling conference until 21 days after that dispositive motion is adjudicated. The Commission believes that holding the Rule 26(f) scheduling conference after the adjudication of any such motion will ensure the parties' ensuing Joint Status Report and Discovery Plan are appropriately focused on the efficient resolution of any legal or factual issues that remain in this case.

Plaintiffs do not agree that the Rule 26(f) scheduling conference should be delayed beyond April 9, 2021—which Plaintiffs have noted would be nearly five months after they initiated this action—but defer to the Court to set whatever deadline that the Court, in its discretion, deems appropriate.

DATED this 12th day of February, 2021.

PACIFICA LAW GROUP LLP

By *s/ Taki V. Flevaris*
Paul J. Lawrence, WSBA #13557
Taki V. Flevaris, WSBA #42555
Alanna E. Peterson, WSBA #46502
1191 Second Avenue, Suite 2000
Seattle, WA 28101
Telephone: (206) 245-1700
Facsimile: (206) 245-1785
Paul.Lawrence@pacificalawgroup.com
Taki.Flevaris@pacificalawgroup.com
Alanna.Peterson@pacificalawgroup.com

*Attorneys for Defendants*

UNOPPOSED MOTION TO CLARIFY OR EXTEND
FRCP 26(f) CONFERENCE DATE - 2
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2021, I electronically filed the foregoing document with the Court ECF system, which will send notification of such filing to all counsel of record.

Dated this 12th day of February, 2021.

*s/ Thien Tran*
Thien Tran, Paralegal/Legal Assistant

UNOPPOSED MOTION TO CLARIFY OR EXTEND
FRCP 26(f) CONFERENCE DATE - 3
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750