THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMTAX HOLDINGS 260, LLC, an Ohio limited liability company, AMTAX HOLDINGS 114, LLC, an Ohio limited liability company, and ALDEN TORCH FINANCIAL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE HOUSING FINANCE COMMISSION, a public body corporate and politic of the State of Washington, BILL RUMPF, an individual, LISA J. BROWN, an individual, DIANE KLONTZ, an individual, DUANE DAVIDSON, an individual, JASON RICHTER, an individual, RICH NAFZIGER, an individual, ALBERT TRIPP, an individual, RANDY ROBINSON, an individual, ALISHIA TOPPER, an individual, LOWEL KRUEGER, an individual, KEN A. LARSEN, an individual, and WENDY L. LAWRENCE, an individual,<br><br>Defendants. | No. 2:20-cv-01698-BJR<br><br>DECLARATION OF TAKI FLEVARIS IN SUPPORT OF MOTION TO DISMISS |

DECLARATION OF TAKI FLEVARIS - 1
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I, Taki Flevaris, declare as follows:

1. I am a partner at Pacifica Law Group LLP and represent the Washington State Housing Finance Commission (the "Commission") in this matter. I am over 18 and make this declaration based on personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Commission's current 9% Competitive Housing Tax Credit Policies, adopted on February 25, 2021, and available on the Commission's website at http://wshfc.org/mhcf/9percent/index.htm (click "Approved 9% Policy for 2021").

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the Commission's current Bond/Tax Credit Program Policies, adopted on February 25, 2021, and available on the Commission's website at http://wshfc.org/mhcf/4percent/index.htm (click "Bond-Tax Credit (4%) Policy").

4. Attached as **Exhibit C** is a true and correct copy of the current version of Chapter 9 of the Commission's Tax Credit Compliance Procedures Manual, which was updated in March 2021 to reflect the revisions to the Commission's Tax Credit Policies adopted on February 25, 2021. This current version of the Tax Credit Compliance Procedures Manual is available on the Commission's website at: http://wshfc.org/managers/ManualTaxCreditIndex.htm.

5. Attached as **Exhibit D** is a true and correct copy of the Financial Solvency and LIHTC History form referenced in Exhibits A-C, which was reviewed and approved by the Commission when it adopted the current Tax Credit Policies on February 25, 2021. The form is available on the Commission's website at: http://wshfc.org/managers/ManualTaxCreditIndex.htm (under Chapter 9).

DECLARATION OF TAKI FLEVARIS - 2
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the Meeting Packet for the Commission's February 25, 2021 board meeting, including the meeting agenda, work session minutes, proposed revisions to the Commission's LIHTC transfer policies, a staff guidance memorandum regarding the same, and public comment regarding the same.

7. Attached as **Exhibit F** is a true and correct copy of the publicly recorded Regulatory Agreement (without exhibits) between the Commission and an owner of an affordable housing project within the Low-Income Housing Tax Credit ("LIHTC") program in Washington State. This is a representative example of the publicly recorded covenants the Commission has entered into for each of the LIHTC projects in this state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of March, 2021.

*s/ Taki V. Flevaris*
Taki V. Flevaris, WSBA No. 42555

DECLARATION OF TAKI FLEVARIS - 3
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2021, I electronically filed the foregoing document with the Court ECF system, which will send notification of such filing to all counsel of record.

Dated this 19th day of March, 2021.

*s/ Thien Tran*
Thien Tran, Paralegal/Legal Assistant

DECLARATION OF TAKI FLEVARIS - 4
Case No. 2:20-cv-01698-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750