THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMTAX HOLDINGS 260, LLC, an Ohio limited liability company, AMTAX HOLDINGS 114, LLC, an Ohio limited liability company, and ALDEN TORCH FINANCIAL LLC, a Delaware limited liability company,

Plaintiffs,

v.

WASHINGTON STATE HOUSING FINANCE COMMISSION, a public body Corporate and politic of the State of Washington, BILL RUMPF, an individual, LISA J. BROWN, an individual, DIANE KLONTZ, an individual, DUANE DAVIDSON, an individual, JASON RICHTER, an individual, RICH NAFZIGER, an individual, ALBERT TRIPP, an individual, RANDY ROBINSON, an individual, ALISHIA TOPPER, an individual, LOWEL KRUEGER, an individual, KEN A. LARSEN, an individual, and WENDY L. LAWRENCE, an individual,

Defendants.

No. 2:20-cv-01698-BJR

JOINT STATUS REPORT AND DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f) and the Court's Order dated February 16, 2021 (Dkt. No. 30), the parties, through their respective counsel, submit the following Joint Status Report and Discovery Plan.

JOINT STATUS REPORT AND
DISCOVERY PLAN
(No. 2:20-cv-01698-BJR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1.      Statement of the Nature and Complexity of the Case.  Plaintiffs AMTAX

Holdings 260, LLC ("AMTAX 260") and AMTAX Holdings 114, LLC ("AMTAX 114") are

investor limited partners in federal low-income housing tax credit ("LIHTC") projects in the

State of Washington.  Plaintiff Alden Torch Financial LLC ("Alden Torch") owns or manages

AMTAX 260, AMTAX 114, and other LIHTC investors in Washington.  Defendants are the

Washington State Housing Finance Commission (the "Commission"), the agency responsible for

administering the federal LIHTC program in Washington, and individual members of the

Commission, who are named solely in their official capacity.  The parties dispute the

constitutionality of the Commission's policy regarding transfers of investor interests in LIHTC

projects in Washington.  The parties believe the case will require analysis of numerous

constitutional issues, including ripeness, mootness, separation of powers, and claims brought

based on the First and Fourteenth Amendments and the Contracts Clause of the United States

Constitution.

2.      A proposed deadline for joining additional parties.  The parties propose

May 11, 2021 as the deadline for joining additional parties.

3.      Consent to Magistrate.  No.

4.      Proposed Discovery Plan.

    a.  Initial Disclosures.  The parties exchanged initial disclosures on March 23, 2021.

    b.  Subjects, Timing, and Potential Phasing of Discovery.  Discovery will be sought

       on all allegations, claims, and affirmative defenses, and will be conducted by

       depositions, interrogatories, requests for admission, and requests for production of

       documents.  The parties may also undertake non-party discovery to determine the

       facts surrounding the claims at issue.  The parties believe that discovery should

       proceed pursuant to the Federal Rules of Civil Procedure and Local Rules.  The

       parties may have different views about the scope of discovery that would be

       permitted under those Rules.  But the parties agree to try to attempt to resolve this

JOIN STATUS REPORT AND
DISCOVERY PLAN
(No. 2:20-cv-01698-BJR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

and any other discovery disputes amicably and expeditiously as the case proceeds.

The parties propose following discovery deadlines:

| Deadline | Requested Date |
|---|---|
| Non-expert discovery | November 19, 2021 |
| Initial Expert Disclosure | December 3, 2021 |
| Rebuttal Expert Disclosure | December 22, 2021 |
| Expert discovery | January 19, 2022 |

c.  Electronically Stored Information ("ESI").  The parties do not anticipate

particular problems with electronic discovery, and agree to enter into a form of

stipulation similar to the Model Protocol for Discovery of Electronically Stored

Information in Civil Litigation, adapted for the circumstances of this case.

d.  Privilege Issues.  The parties contemplate exchanging privilege logs and agree

that privileged communications between counsel and their clients after February

25, 2021 need not be logged.  The Parties further agree that communications

solely about the lawsuit, and not about any potential, proposed, or actual changes

to the policy at issue, do not need to be logged.

e.  Proposed Limitations on Discovery.  The parties agree at this time that discovery

should proceed in accordance with the Federal Rules of Civil Procedure and Local

Rules, and that no additional limitations should be imposed, subject to the parties'

above agreement to attempt to resolve any discovery disputes amicably and

expeditiously, including with regard to the scope of discovery.

a.  The Need for Any Discovery Related Orders.  Aside from potential stipulated

proposed orders regarding ESI or confidentiality, the parties do not believe that

any other discovery related orders need to be entered by the Court at this time.

5.  Views on Local Civil Rule 26(f)(1).

JOINT STATUS REPORT AND
DISCOVERY PLAN
(No. 2:20-cv-01698-BJR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

a. Prompt Case Resolution. The parties will maintain an open dialogue about resolution throughout the life of this case, but currently have no specific suggestions for prompt resolution of the case.

b. Alternative Dispute Resolution. The parties agree that mediation, if necessary, is the most appropriate type of alternative dispute resolution in this case, and will work together on scheduling mediation as appropriate.

c. Related cases. The parties are unaware of any related cases as defined in Local Civil Rule LCR 3(g)(4).

d. Discovery Management. See Section 4 above.

e. Anticipated Discovery Sought. See Section 4 above.

f. Phasing Motions. The parties agree that motions should proceed unmodified pursuant to the Federal Rules of Civil Procedure and Local Rules.

g. Preservation of Discoverable Information. Alden Torch has issued a litigation hold. The Commission has preserved and is preserving all potentially relevant records in accordance with record retention requirements under state law and its obligations as a Party to this federal action.

h. Privilege Issues. See Section 4 above.

i. Model Protocol for Discovery of ESI. See Section 4 above.

j. Alternatives to Model Protocol. See Section 4 above.

6. The Date by Which Discovery Can Be Completed. See Section 4 above.

7. Bifurcation. The parties do not believe bifurcation is necessary at this time.

8. Necessity of Pretrial Statements and Order. The parties do not believe that the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with in this case.

9. Other Suggestions to Shorten or Simplify Case. None.

JOINT STATUS REPORT AND
DISCOVERY PLAN
(No. 2:20-cv-01698-BJR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

10.     Date Case Will Be Ready for Trial.  The parties agree the case will be ready for trial by May 16, 2022.

11.     Jury or Non-Jury Trial.  The parties request a non-jury trial.

12.     Number of Trial Days.  The parties currently estimate that one week will be required if this matter goes to trial.

13.     Names. Addresses, and Telephone Numbers of all Trial Counsel.

    a.  For Plaintiffs:

       Eric S. Pettit
       Michael D. Roth
       Laura Lively Babashoff
       King & Spalding LLP
       633 West Fifth Street, Suite 1600
       Los Angeles, CA 90071
       Telephone: (213) 443-4355

       David J. Burman
       Tiffany Lee
       Perkins Coie LLP
       1201 Third Avenue, Suite 4900
       Seattle, WA  98101-3099
       Telephone:  (206) 359-8000

    b.  For Defendants:

       Paul J. Lawrence
       Taki V. Flevaris
       Alanna E. Peterson
       Pacifica Law Group, LLP
       1191 Second Avenue, Suite 2000
       Seattle, WA 28101
       Telephone: (206) 245-1700

14.     Dates on Which Trial Counsel May Have Complications to be Considered in Setting a Trial Date.  Both Plaintiffs' counsel and Defendants' counsel currently have trials scheduled in other matters during the months of March and April 2022.

15.     Status of Service.  Defendants have been served and have filed a motion to dismiss the Complaint.

JOINT STATUS REPORT AND
DISCOVERY PLAN
(No. 2:20-cv-01698-BJR) – 5

1      16.     Scheduling Conference.  The parties do not believe that a scheduling conference

2   is necessary.

3      17.     Disclosure Statements.  Plaintiffs filed their disclosure statements on November

4   11, 2020.

5

6   Respectfully submitted this 30th day of March, 2021.

7   **Perkins Coie LLP**                                    **Pacifica Law Group**

8   By:   s/Tiffany Lee                                     By:   s/Taki V. Flevaris
    David J. Burman WSBA #10611                             Paul J. Lawrence, WSBA #13557
9   Tiffany Lee WSBA #51979                                 Taki V. Flevaris, WSBA #42555
    1201 Third Avenue, Suite 4900                           Alanna E. Peterson, WSBA #46502
10  Seattle, WA  98101-3099                                 1191 Second Avenue, Suite 2000
    Telephone:  (206) 359-8000                              Seattle, WA 28101
11  Facsimile:  (206) 359-9000                              Telephone:  (206) 245-1700
    Email:  DBurman@perkinscoie.com                         Facsimile:  (206) 245-1785
12          TiffanyLee@perkinscoie.com                      Email:
                                                            paul.lawrence@pacificalawgroup.com
13                                                          taki.flevaris@pacificalawgroup.com
    **King & Spalding LLP**                                 alanna.peterson@pacificalawgroup.com
14
                                                            Attorneys for Defendants
15  By:   s/Eric S. Pettit
    Eric S. Pettit (*pro hac vice*)
16  Michael D. Roth (*pro hac vice*)
    Laura Lively Babashoff (*pro hac vice*)
17  633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
18  Telephone:  (213) 443-4355
    Facsimile:  (213) 443-4310
19  Email:  epettit@kslaw.com
            mroth@kslaw.com
20          llively@kslaw.com

21  Attorneys for Plaintiffs

22

23

24

25

26

JOINT STATUS REPORT AND
DISCOVERY PLAN
(No. 2:20-cv-01698-BJR) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000